Name: WILLIAM RUPERT
Address: P.O. Box 66403
Scotts Valley, CA 95067-6403
Phone Number: 831-336-9520
E-mail Address: emfwtr@comcast.net

*Pro Se*

**Filed**

NOV 1 4 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

WILLIAM RUPERT

        Plaintiff,

vs.

SUSAN BOND, et al.,

        Defendant.

Case Number: 5:12-cv-05292 HRL

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

Judge HAROLD R. LLOYD

As the (*Plaintiff*/*Defendant*) PLAINTIFF in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

   - [✓] A computer with internet access;
   - [✓] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - [✓] A scanner to convert documents that are only in paper format into electronic files;
   - [✓] A printer or copier to create to create required paper copies such as chambers copies;
   - [✓] A word-processing program to create documents; and
   - [✓] A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 11/14/2012         Signature: *William Rupert*