JESSICA R. MACGREGOR, Bar No. 168777
KATE KIMBERLIN, Bar No. 261017
LONG & LEVIT LLP
465 California Street, 5th Floor
San Francisco, California 94104
Telephone: (415) 397-2222
Facsimile: (415) 397-6392
jmacgregor@longlevit.com
kkimberlin@longlevit.com

Specially Appearing for Defendants
GILE R. DOWNES and SCHULTE, ANDERSON,
DOWNES, ARONSON & BITTNER, P.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM RUPERT,<br><br>    Plaintiff,<br><br>v.<br><br>SUSAN BOND; GILE R. DOWNES; EDWARD S. ZUSMAN; MATTHEW WHITMAN; MICHELLE JOHANSSON; JAMES RUPERT; SCHULTE, ANDERSON, DOWNES, ARONSON & BITTNER, P.C., an Oregon Professional Corporation; MARKUN ZUSMAN & COMPTON, LLP, a Limited Liability Partnership Headquartered in California; CARTWRIGHT WHITMAN BAER PC, an Oregon Professional Corporation; and DOES 1 to 20,<br><br>    Defendants. | Case No. CV-12-05292 HRL<br><br>**DECLARATION OF GILE R. DOWNES IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT AS AGAINST DEFENDANTS GILE R. DOWNES AND SCHULTE, ANDERSON, DOWNES, ARONSON & BITTNER, P.C.**<br><br>**Hearing:** January 8, 2013<br>**Time:** 10:00 a.m.<br>**Judge:** Hon. Howard R. Lloyd<br>**Courtroom:** 2 |

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

DECLARATION OF GILE DOWNES
CV-12-05292 HRL

I, Gile R. Downes, declare:

1. This declaration is submitted in support of the Motion to Dismiss First Amended Complaint as Against Defendants Gile R. Downes ("Downes") and Schulte, Anderson, Downes, Aronson & Bittner, P.C. ("Schulte Anderson" and, collectively with Downes, "Defendants"). I have personal knowledge of all facts set forth in this declaration and, if called upon to testify as a witness, could and would competently testify thereto.

2. On November 13, 2012, I received a package from Plaintiff William Rupert containing a copy of the First Amended Complaint in this action as well as two forms entitled "Notice of a Lawsuit and Request to Waive Service of Summons" ("Waiver Forms"). One of the forms was directed to me personally and the other to Schulte Anderson. True and correct copies of the Waiver Forms are attached hereto as Exhibit 1.

3. I have not consented to jurisdiction in California.

4. Schulte Anderson has not consented to jurisdiction in California.

5. I have been a resident of Oregon since 1969, the year I moved to Oregon after graduating from law school. The same year, I joined the Oregon State Bar Association and began the practice of law in Portland, Oregon.

6. In 1974, I joined Davis, Jensen, DeFrancq & Holmes, Schulte Anderson's predecessor law firm, as an attorney and have been associated with the firm or its successor as partner, shareholder or employee since then.

7. I have never been admitted to the State Bar of California and have never practiced law in the State of California.

8. My law practice is limited to representing clients in Oregon and is focused on real estate, business and estate planning and settlement.

9. I have not and do not solicit or advertise for business in California.

10. Other than this case and Plaintiff's prior 2009-2010 action against me and Schulte Anderson, I have never been a plaintiff or defendant in litigation pending in any court in California, have never appeared before a California court on behalf of a client, or ever opined on

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

- 2 -

DECLARATION OF GILE DOWNES
CV-12-05292 HRL

or counseled a client concerning California law.

11. Schulte Anderson or its predecessor is an Oregon professional corporation with its principal place of business located at 811 SW Naito Parkway, Suite 500 in Portland, Oregon.

12. Schulte Anderson was founded in Portland in 1909 and has maintained its office in that city ever since.

13. Schulte Anderson does not and has never maintained an office outside of Portland, Oregon.

14. Each of Schulte Anderson's nine attorneys is a resident of and licensed to practice law in Oregon. While three attorneys at Schulte Anderson are also licensed to practice in Washington and one is licensed to practice in Illinois, none of the nine attorneys is licensed to practice in California.

15. Schulte Anderson's practice relates to advising clients regarding Oregon or Washington law.

16. Schulte Anderson does not solicit or advertise for business in California, and has not done so since I have been associated with the firm.

17. No Schulte Anderson attorney has practiced or currently practices law in California or advises clients regarding the application of California law.

18. In May 2009, Irene Rupert, wife of the late Samuel J. Rupert, retained me as counsel to advise her regarding her own estate planning and her role as administrator of her late husband's trust.

19. I have never represented Plaintiff. No other attorney associated with Schulte Anderson has ever represented Plaintiff.

20. I am the only Schulte Anderson attorney who has represented Irene Rupert.

21. The work I performed for Mrs. Rupert concerns her late husband's trust, her personal estate planning and her rights and duties under Oregon law.

22. I have sent correspondence to Plaintiff in California that relates to the rights and obligations of my Oregon client and her and her late husband's trust. I have not traveled to California for a deposition, interview, or any purpose in connection with this case.

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

- 3 -

DECLARATION OF GILE DOWNES
CV-12-05292 HRL

23. None of the potential witnesses in this case with respect to Plaintiff's claims against me or Schulte Anderson is located in California. They include: Oregon residents - Susan Bond, Plaintiff's sister and lawyers associated with Schulte Anderson; and Michigan residents - James Rupert, Plaintiff's brother, and Alan E. Price, the attorney who originally prepared the estate plans for Plaintiff's parents.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated: November 20, 2012

*[signature]*
GILE R. DOWNES

DOCS\S5070-526\624463.1

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

- 4 -

DECLARATION OF GILE DOWNES
CV-12-05292 HRL