JESSICA R. MACGREGOR, Bar No. 168777
KATE KIMBERLIN, Bar No. 261017
LONG & LEVIT LLP
465 California Street, 5th Floor
San Francisco, California  94104
Telephone:   (415) 397-2222
Facsimile:    (415) 397-6392
jmacgregor@longlevit.com
kkimberlin@longlevit.com

Specially Appearing for Defendants
GILE R. DOWNES and SCHULTE, ANDERSON,
DOWNES, ARONSON & BITTNER, P.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM RUPERT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SUSAN BOND; GILE R. DOWNES; EDWARD S. ZUSMAN; MATTHEW WHITMAN; MICHELLE JOHANSSON; JAMES RUPERT; SCHULTE, ANDERSON, DOWNES, ARONSON & BITTNER, P.C., an Oregon Professional Corporation; MARKUN ZUSMAN & COMPTON, LLP, a Limited Liability Partnership Headquartered in California; CARTWRIGHT WHITMAN BAER PC, an Oregon Professional Corporation; and DOES 1 to 20,<br><br>　　　　　Defendants. | Case No.  CV-12-05292 HRL<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT AS AGAINST DEFENDANTS GILE R. DOWNES AND SCHULTE, ANDERSON, DOWNES, ARONSON & BITTNER, P.C.**<br><br>**Hearing:**　　January 8, 2013<br>**Time:**　　10:00 a.m.<br>**Judge:**　　Hon. Howard R. Lloyd<br>**Courtroom:**　2 |

　　　　Defendants Gile R. Downes' ("Downes") and Schulte, Anderson, Downes, Aronson & Bittner, P.C.'s ("Schulte Anderson" and collectively with Downes, the "Defendants") Motion to Dismiss First Amended Complaint Against Defendants ("Motion to Dismiss") came on for hearing before this Court on January 8, 2013. After consideration of the briefs and arguments of counsel and the parties, and all other matters presented to the Court IT IS HEREBY ORDERED

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

PROPOSED ORDER ON 12(B)(2) MOTION
CV-12-05292 HRL

that the Motion to Dismiss is GRANTED without leave to amend for the following reasons:

1. Plaintiff's claims against Defendants are barred by the doctrine of *res judicata* because this Court has previously ruled that no personal jurisdiction exists over Defendants in California;

2. Defendants do not have any substantial connections to California;

3. Defendants lack sufficient minimum contacts with California to permit the exercise of general personal jurisdiction in California'

4. Defendants' communications with plaintiff William Rupert ("Plaintiff") are insufficient to demonstrate that Defendants have purposefully availed themselves of the protections afforded by California law;

5. Plaintiff's claims do not arise out of Defendants' forum-related activities; and

6. It would not be reasonable for this Court to exercise personal jurisdiction over the Defendants in California.

IT IS SO ORDERED.

_____
HON. HOWARD R. LLOYD
UNITED STATES DISTRICT COURT

DOCS\S5070-526\624799.1

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

- 2 -

PROPOSED ORDER ON 12(B)(2) MOTION
CV-12-05292 HRL