1  JESSICA R. MACGREGOR, Bar No. 168777
   KATE KIMBERLIN, Bar No. 261017
2  LONG & LEVIT LLP
   465 California Street, 5th Floor
3  San Francisco, California 94104
   Telephone:   (415) 397-2222
4  Facsimile:   (415) 397-6392
   jmacgregor@longlevit.com
5  kkimberlin@longlevit.com

6  Attorneys for Defendants
   GILE R. DOWNES and SCHULTE, ANDERSON,
7  DOWNES, ARONSON & BITTNER, P.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM RUPERT, | Case No. CV-12-05292 HRL |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| SUSAN BOND; GILE R. DOWNES; EDWARD S. ZUSMAN; MATTHEW WHITMAN; MICHELLE JOHANSSON; JAMES RUPERT; SCHULTE, ANDERSON, DOWNES, ARONSON & BITTNER, P.C., an Oregon Professional Corporation; MARKUN ZUSMAN & COMPTON, LLP, a Limited Liability Partnership Headquartered in California; CARTWRIGHT WHITMAN BAER PC, an Oregon Professional Corporation; and DOES 1 to 20, | |
| Defendants. | |

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

PROOF OF SERVICE
CV-12-05292 HRL

# PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 465 California Street, 5th Floor, San Francisco, California 94104.

On November 21, 2012, I served the document(s) named below on the following attorney(s) of record and/or interested parties in the case of *William Rupert v. Gile R. Downes, et al. USDC Northern District of California Case No. CV-12-05292.*

**NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT AGAINST DEFENDANTS GILE R. DOWNES AND SCHULTE, ANDERSON, DOWNES, ARONSON & BITTNER, P.C.**

**DECLARATION OF GILE R. DOWNES IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT AS AGAINST DEFENDANTS GILE R. DOWNES AND SCHULTE, ANDERSON, DOWNES, ARONSON & BITTNER, P.C.**

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT AS AGAINST DEFENDANTS GILE R. DOWNES AND SCHULTE, ANDERSON, DOWNES, ARONSON & BITTNER, P.C.**

SERVED UPON:

*Plaintiff*

William Rupert
P.O. Box 66403
Scotts Valley, CA 95067-6403

[X] (BY MAIL) I am readily familiar with Long & Levit LLP's practice for collection and processing of documents for mailing with the United States Postal Service. I caused such document(s) to be placed in a sealed envelope, addressed to the person(s) on whom it is to be delivered pursuant to the attached service list, with postage thereon fully prepaid, to be deposited with the United States mail at San Francisco, California, that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 21, 2012, at San Francisco, California.

Sasha Chittum

DOCS\S5070-526\624912.1

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

- 2 -

PROOF OF SERVICE
CV-12-05292 HRL