| | |
|---|---|
| 1 | Name: William Rupert |
| 2 | Address: P.O. Box 66403 |
|   | Scotts Valley, CA 95067-6403 |
| 3 | Phone Number: (831) 336-9520 |
| 4 | E-mail Address: (831) 336-9528 |
| 5 | *Pro Se* |

**Filed**

DEC - 6 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

WILLIAM RUPERT

                Plaintiff,

vs.

SUSAN BOND, et al.,

                Defendant.

Case Number: 5:12-cv-5292 LHK

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

Judge Hon. Lucy H. Koh

    As the (*Plaintiff*/~~Defendant~~) William Rupert in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

   - [✓] A computer with internet access;
   - [✓] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - [✓] A scanner to convert documents that are only in paper format into electronic files;
   - [✓] A printer or copier to create to create required paper copies such as chambers copies;
   - [✓] A word-processing program to create documents; and
   - [✓] A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 12/6/12                  Signature: *William Rupert*