Devin N. Robinson, CA Bar No. 281143
LAW OFFICES OF DEVIN ROBINSON, P.C.
6110 N. Lombard Street, Suite B
Portland, OR 97203
Phone: (503) 228 – 7020
Fax: (503) 334 – 2303
Email: devin@nwtriallaw.com

Specially appearing for Defendants
SUSAN BOND and JAMES RUPERT

# U.S. DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DISTRICT

| | |
|---|---|
| WILLIAM RUPERT,<br><br>    Plaintiff,<br>v.<br><br>SUSAN BOND; GILE R. DOWNES; EDWARD S. ZUSMAN; MATTHEW WHITMAN; MICHELLE JOHANSSON; JAMES RUPERT; SCHULTE, ANDERSON, DOWNES, ARONSON & BITTNER, P.C., AN OREGON PROFESSIONAL CORPORATION; MARKUN ZUSMAN & COMPTON, LLP, a Limited Liability Partnership Headquartered in California; CARTWRIGHT WHITMAN BAER PC, an Oregon Professional Corporation; and DOES 1 to 20,<br><br>    Defendants. | Case No.: CV-12-05292 LHK<br><br>**[PROPOSED] ORDER RE APPLICATION OF DEFENDANTS SUSAN BOND AND JAMES RUPERT TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS HEARING SCHEDULED FOR APRIL 4, 2013**<br><br>Hearing:    April 4, 2013<br>Time:       1:30 p.m.<br>Judge       Hon. Lucy H. Koh<br>Courtroom:  8 |

The Court, having read and considered the request of counsel for Defendants Susan Bond and James Rupert Fitch Group to appear telephonically at the hearing scheduled for April 4,

2013, at 1:30 p.m., in Courtroom 8 of the above-entitled Court, hereby __x__ grants/_____ denies permission for counsel to appear telephonically.   Counsel to arrange telephonic appearance through CourtCall.

DATED: 12/10/12

By: _____*Lucy H. Koh*_____
HONORABLE LUCY H. KOH
U.S. DISTRICT COURT JUDGE