**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM RUPERT, ) | Case No.: 12-CV-05292-LHK |
| ) | |
| Plaintiff, ) | ORDER CONTINUING HEARING |
| v. ) | |
| ) | |
| SUSAN BOND; GILE R. DOWNES; EDWARD ) | |
| S. ZUSMAN; MATTHEW WHITMAN; ) | |
| MICHELLE JOHANSSON; JAMES RUPERT; ) | |
| SCHULTE, ANDERSON, DOWNES, ) | |
| ARONSON & BITTNER, P.C., an Oregon ) | |
| Professional Corporation; MARKUN ZUSMAN ) | |
| & COMPTON, LLP, a Limited Liability ) | |
| Partnership Headquartered in California; ) | |
| CARTWRIGHT WHITMAN BAER PC, an ) | |
| Oregon Professional Corporation; and DOES 1 ) | |
| to 20, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The case management conference and hearing on Defendants' motions, which were scheduled for April 4, 2013, are hereby CONTINUED to July 18, 2013, at 1:30 pm.

**IT IS SO ORDERED.**

Dated: February 18, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-05292 LHK
ORDER CONTINUING HEARING