Name: WILLIAM RUPERT
Address: P.O. Box 66403
Scotts Valley, CA 95067-6403
Phone Number: 831-336-9520
E-mail Address: emfwtr@comcast.net

*Pro Se*

RECEIVED
NOV 1 4 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RUPERT,<br><br>Plaintiff,<br><br>vs.<br><br>SUSAN BOND, et al.,<br><br>Defendant. | Case Number: 5:12-cv-05292 HRL<br><br>[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: Lucy H. Koh |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: January 20, 2013

*Lucy H. Koh*

United States District/~~Magistrate~~ Judge