# DECLARATION OF WILLIAM RUPERT EXHIBIT 4

10. **General:** In general, exercise all powers in the management of the trust that any individual could exercise in the management of similar assets, and take any action that my be appropriate to carry out the purposes of the trust.

11. **Limitations:** The Trustee shall have no power or discretion which would result in trust assets being included for tax purposes in the Trustee's estate or trust income taxed to the Trustee (unless inclusion or taxation would occur regardless of the power or discretion). In particular, no Trustee shall have the power to distribute trust assets in satisfaction of a legal obligation of the Trustee personally, including the obligation to support a minor child, or make distributions to benefit the Trustee personally. This limitation shall not apply to any provisions I have made for distributions to or for the benefit of the Trustee personally which are limited by an ascertainable standard relating to health, education or support.

12. **Authority of Successor Trustee:** Anyone dealing with a successor Trustee shall rely on the successor Trustee's statement that it is the Trustee and no further evidence of authority shall be required. No person who transfers an asset to the Trustee need inquire into the provisions of the trust or be concerned with the disposition of the assets, and the receipt of the Trustee shall release the transferor and be binding on every beneficiary.

## Section 11

**Responsibilities of Trustee:** The Trustee has the duties of a trustee under Michigan law and the following responsibilities:

1. **Accounting by Grantor:** The Trustee which succeeds directly from me shall accept the trust without any accounting and it shall be conclusively presumed that I acted properly in administering the trust.

2. **Accounting by Trustee:** The Trustee (other than me or my wife) shall give each income beneficiary a quarterly account of the trust receipts and disbursements and the trust assets at the end of the accounting period, and, upon termination of the trust or replacement of the Trustee, a final account. Unless a beneficiary makes a written objection to the Trustee within 90 days after receiving an account, the account shall be deemed approved.

3. **Trustee's Compensation:** The Trustee shall receive reasonable compensation in accordance with the charges made for similar services by corporate fiduciaries in the community, and shall be reimbursed for expenses incurred in acting as Trustee. An individual Trustee may waive compensation, but this is not a request by me that any Trustee do so.

4. **Successor Trustee's Responsibilities:** A successor Trustee shall be entitled to rely on the records of the predecessor Trustee as to the assets of the trust and shall not be liable for the actions of the predecessor Trustee or be responsible for the trust assets until they are in the possession of the successor Trustee. A successor Trustee's

responsibility to locate trust assets shall be the same degree of responsibility the Personal Representative of my estate has for estate assets. Until a successor Trustee receives notice of the death, incapacity, or resignation of the predecessor Trustee, and has accepted the duties of Trustee, the successor Trustee shall have no responsibility and shall incur no liability.

5. **Corporate Trustee Custody of Assets:** If a corporate Trustee is acting, it shall have custody of the trust assets, and make collections, payments, and distributions, and no individual Trustee shall be liable for the corporate Trustee's action. An individual Trustee may delegate his or her authority to the corporate Trustee and terminate the delegation at any time by written notice to the corporate Trustee.

6. **Environmental Conditions:** The Trustee may require, as a prerequisite to accepting real property, evidence satisfactory to the Trustee that (a) the property is not contaminated by any hazardous or toxic substances, and (b) the property has not been used for the generation, use, storage, or discharge of any hazardous or toxic substances. The Trustee shall not be liable for any loss or depreciation in value from retaining property upon which there is later discovered to be substances requiring remedial action pursuant to any federal, state, or local environmental law, unless the Trustee contributed to the loss or depreciation in value through willful default, willful misconduct, or gross negligence.

## Section 12

**Resignation and Replacement of Trustee:** The following provisions apply to replacing a Trustee and the responsibilities of a successor Trustee:

1. **Resignation of Trustee:** A Trustee may resign by written notice to me or, after my death, to all income beneficiaries and the successor Trustee. If there is a corporate Trustee, it shall resign at the request of all income beneficiaries, which request may be made for any of the following reasons: desire to change the situs of the trust to another state in which a majority of the beneficiaries reside, a difference in investment objections which cannot be resolved by agreement, investment performance which is for any period of one year or more not reasonably comparable to that of other corporate fiduciaries in the community, or trustee's fees which are not reasonably comparable to those of other corporate fiduciaries in the community. However, no beneficiary shall have the power to request a Trustee to resign if the exercise of the power would result in the trust assets being included for tax purposes in the beneficiary's estate (unless such inclusion would occur regardless of the power).

2. **Replacement of Trustee:** Upon the death, incapacity, or resignation of a Trustee, if I have not named a successor, a Trustee shall be appointed by a majority of the income beneficiaries. An appointment shall be in writing and shall be effective when copies of the appointment and an acceptance of trust by the replacement Trustee are delivered to any then acting Trustee and all income beneficiaries. If no replacement is appointed within 60 days, any remaining Trustee, a resigning Trustee, or any interested party make seek the appointment of a replacement by the court having jurisdiction

of the trust. A replacement for a corporate Trustee shall be a corporation authorized to administer trusts. A resigning Trustee shall act until the successor Trustee accepts and the trust assets are transferred. A majority of the income beneficiaries may approve the account of, and the release and discharge of, the resigning Trustee.

### Section 13

**Property in Another Jurisdiction:** If the trust includes property located in a jurisdiction in which the Trustee is not able to act, the Trustee may appoint an individual or entity able to act there as an additional Trustee with the authority to sell, mortgage, or otherwise administer the property and deliver the proceeds to the Trustee.

### Section 14

**Guardians as Advisors to Trustee:** If a beneficiary is a minor, the persons who are the Guardians of the beneficiary shall act as advisors to the Trustee concerning the circumstances and needs of the beneficiary. The Trustee shall consult with the advisors concerning discretionary payments to the beneficiary, but the Trustee shall have the sole discretion and authority to administer the trust.

### Section 15

**Investment Control:** If I am not acting as Trustee during my lifetime because I have resigned, the Trustee shall consult with me concerning investments, and I reserve the right to direct the Trustee to sell, purchase, invest, or retain trust assets. The Trustee shall not be liable for any loss resulting to the trust or any beneficiary from action taken at my direction. This section shall not apply if I am, in the written opinion of my personal physician, incapable of making or communicating informed decisions.

### Section 16

**Life Insurance:** I may name the Trustee as the beneficiary of life insurance policies on my life, but I reserve all rights of ownership of the policies. No insurance company whose policy is payable to the Trustee need inquire into the provisions of the trust or the disposition of the policy proceeds, and the receipt of the Trustee shall release the insurer and be binding on every beneficiary.

### Section 17

**Definitions:** As used in this trust:

   1. "Spouse" or "wife" means the person then living to whom I am legally married at the time the term requires definition and, after my death, the person then living to whom I was legally married at my death.

   2. "Descendants" means children, grandchildren, and their descendants and includes any adopted person.