WILLIAM RUPERT
P.O. Box 66403
Scotts Valley, CA 95067-6403
Phone:   (831) 336-9520
Fax:      (831) 336-9528
Email:  emfwtr@comcast.net

Plaintiff
Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

WILLIAM RUPERT,

                Plaintiff,

    vs.

SUSAN BOND, et al.,

                Defendants.

)
)
)
)
)
)
)
)
)
)

**Case No. 5:12-cv-05292 LHK (HRL)**

PLAINTIFF WILLIAM RUPERT'S
CERTIFICATION OF INTERESTED
ENTITITES OR PERSONS

       The undersigned party hereby certifies that the only  known entity or person with an interest in the above-entitled action, other than those named in Plaintiff's [Proposed] Second Amended & Supplemental Complaint, filed June 11, 2013, is the Samuel J. Rupert Family Trust, u/a/d November 1, 1995,  as Amended January 26, 2004.

Dated:  June 17, 2013

                          By:      __/s/_____
                                William Rupert
                                Plaintiff
                                Pro Se

Plaintiff William Rupert's Certification of Interested Entities or Persons
[Case No. 5:12-cv-5292 LHK (HRL)]