James C. Krieg (SBN 77069)
Allison Lane Cooper (SBN 152384)
Justin J. Fields (SBN 259491)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone: +1 415 957 3000
Fax: +1 415 957 3001
E-mail: jckrieg@duanemorris.com
        alanecooper@duanemorris.com
        jfields@duanemorris.com

Attorneys for Defendants
CARTWRIGHT WHITMAN BAER PC, MATTHEW
WHITMAN, AND MICHELLE JOHANSSON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM RUPERT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SUSAN BOND; GILE R. DOWNES; EDWARD S. ZUSMAN; MATTHEW WHITMAN; MICHELLE JOHANSSON; JAMES RUPERT; SCHULTE, ANDERSON, DOWNES, ARONSON & BITTNER, P.C., an Oregon Professional Corporation; MARKUN ZUSMAN & COMPTON, LLP, a Limited Liability Partnership Headquartered in California; CARTWRIGHT WHITMAN BAER PC, an Oregon Professional Corporation; and DOES 1 to 20, ,<br><br>　　　　　Defendants. | Case No.: 5:12-cv-05292 LHK (HRL)<br><br>**DEFENDANTS CARTWRIGHT WHITMAN BAER PC, MATTHEW WHITMAN, AND MICHELLE JOHANSSON'S JOINDER TO OPPOSITIONS TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date:　　November 21, 2013<br>Time:　　1:30 p.m.<br>Dept:　　Courtroom 8, 4th Floor<br>Judge:　　Hon. Lucy H. Koh<br><br>Complaint Filed:　　October 12, 2012 |

1   Defendants Cartwright Whitman Baer PC, Matthew Whitman, and Michelle Johansson
2   (collectively, "Cartwright Defendants") oppose plaintiff's motion for leave to file a second amended
3   complaint.
4   In the interest of judicial economy, the Cartwright Defendants incorporate by this reference
5   all relevant arguments made by the other defendants in opposition to plaintiff's motion, and join in
6   their oppositions.
7   The Cartwright Defendants respectfully request the Court deny plaintiff's motion.

Dated: June 25, 2013                    **Duane Morris LLP**

By: */s / James C. Krieg*
James C. Krieg
Allison Lane Cooper
Justin J. Fields
Attorneys for Defendants
CARTWRIGHT WHITMAN BAER PC,
MATTHEW WHITMAN, AND MICHELLE
JOHANSSON

# CERTIFICATE OF SERVICE

*Ruppert vs. Bond, et al.*
USDC - NDCA, Case No. 5:12-cv-05292 LHK (HRL)

     I am a citizen of the United States, over the age of 18 years, and not a party to interested in the cause.  I am an employee of Duane Morris LLP and my business address is One Market, Spear Tower, Suite 2200, San Francisco, California 94105.  I am readily familiar with this firm's practices for collecting and processing correspondence for mailing with the United States Postal Service and for transmitting documents by FedEx, fax, email, messenger and other modes.  On the date stated below, I served the following documents:

**DEFENDANTS CARTWRIGHT WHITMAN BAER PC, MATTHEW WHITMAN, AND MICHELLE JOHANSSON'S <u>JOINDER TO OPPOSITIONS</u> TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

☒   **<u>BY U.S. MAIL</u>**: ☒ I enclosed the documents in a sealed envelope or package addressed to the person(s) set forth below, and placed the envelope for collection and mailing following our ordinary business practices, which are that on the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, in a sealed envelope with postage fully prepaid.

| | |
|---|---|
| **William Rupert**<br>PO Box 66403<br>Scotts Valley, CA 95067 | Plaintiff Pro Se<br><br>TEL: 831-366-9520 / FAX: 831-336-9528<br>EMAIL: emfwtr@comcast.net |
| Devin Noah Robinson, Esq.<br>**Law Offices of Devin Robinson, P.C.**<br>6110 N Lombard Street, Suite B<br>Portland, OR 97203 | Attorney for Defendants<br>SUSAN BOND & JAMES RUPERT<br><br>TEL: 503-228-7020  / FAX: 503-334-2303<br>EMAIL: devin@nwtriallaw.com |
| Kate G. Kimberlin, Esq.<br>**Long and Levit LLP**<br>465 California Street, 5th Floor<br>San Francisco, CA 94104 | Attorney for Defendants<br>GILE R. DOWNES & SCHULTE ANDERSON DOWNES ARONSON & BITTNER, P.C.<br><br>TEL: 415-397-2222/ FAX:  415-397-6392<br>EMAIL: kkimberlin@longlevit.com |

| | |
|---|---|
| Kevin K. Eng, Esq.<br>**Markun Zusman & Compton LLP**<br>465 California Street, Suite 500<br>San Francisco, CA 94104 | Attorney for Defendants<br>EDWARD S. ZUSMAN & MARKUN ZUSMAN & COMPTON, LLP<br><br>TEL:  415 438-4515 / FAX:  415 434-4505<br>EMAIL:  keng@mzclaw.com |

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on June 25, 2013, at San Francisco, California.

_____
Blanca A. Herrera

JOINDER TO OPPOSITION