UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM RUPERT, <br><br> Plaintiff, <br><br> v. <br><br> SUSAN BOND; GILE R. DOWNES; EDWARD S. ZUSMAN; MATTHEW WHITMAN; MICHELLE JOHANSSON; JAMES RUPERT; SCHULTE, ANDERSON, DOWNES, ARONSON & BITTNER, P.C., an Oregon Professional Corporation; MARKUN ZUSMAN & COMPTON, LLP, a Limited Liability Partnership Headquartered in California; CARTWRIGHT WHITMAN BAER PC, an Oregon Professional Corporation; and DOES 1 to 20, <br><br> Defendants. | Case No.: 12-CV-05292-LHK <br><br> ORDER VACATING HEARING; CONTINUING CASE MANAGEMENT CONFERENCE |

Pursuant to Civil Local Rule 7-1(b), the Court finds the hearing on Defendants' motions, *see* ECF Nos. 18, 33, 36, 50, and 65, appropriate for determination without oral argument. Accordingly, the hearing scheduled for July 18, 2013, is hereby VACATED. The Court will issue an order on these motions shortly. The case management conference is CONTINUED to October 16, 2013, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: July 12, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-05292 LHK
ORDER VACATING HEARING; CONTINUING CASE MANAGEMENT CONFERENCE