UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM RUPERT,                       )<br>                                                           )<br>                    Plaintiff,        )<br>         v.                            )<br>                                                           )<br>SUSAN BOND; GILE R. DOWNES; EDWARD )<br>S. ZUSMAN; MATTHEW WHITMAN;          )<br>MICHELLE JOHANSSON; JAMES RUPERT;    )<br>SCHULTE, ANDERSON, DOWNES,           )<br>ARONSON & BITTNER, P.C., an Oregon   )<br>Professional Corporation; MARKUN ZUSMAN )<br>& COMPTON, LLP, a Limited Liability  )<br>Partnership Headquartered in California; )<br>CARTWRIGHT WHITMAN BAER PC, an       )<br>Oregon Professional Corporation; and DOES 1 )<br>to 20,                                 )<br>                                                           )<br>                    Defendants.       )<br>                                                           ) | Case No.: 12-CV-05292-LHK<br><br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE |

The case management conference scheduled for October 16, 2013 at 2:00 p.m. is hereby VACATED and CONTINUED to November 20, 2013, at 2:00 p.m.  Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by November 13, 2013.

**IT IS SO ORDERED.**

Dated: September 30, 2013

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-05292 LHK
ORDER VACATING HEARING; CONTINUING CASE MANAGEMENT CONFERENCE