1  JESSICA R. MACGREGOR, Bar No. 168777
   KATE KIMBERLIN, Bar No. 261017
2  LONG & LEVIT LLP
   465 California Street, 5th Floor
3  San Francisco, California 94104
   Telephone:   (415) 397-2222
4  Facsimile:   (415) 397-6392
   jmacgregor@longlevit.com
5  kkimberlin@longlevit.com

6  Specially Appearing for Defendants
   GILE R. DOWNES and SCHULTE, ANDERSON,
7  DOWNES, ARONSON & BITTNER, P.C.

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 | WILLIAM RUPERT,                          | Case No.  CV-12-05292 LHK

13 |                Plaintiff,                  | **REQUEST FOR JUDICIAL NOTICE IN**
                                                **SUPPORT OF MOTION TO DISMISS**
14 | v.                                        | **SECOND AMENDED COMPLAINT AS**
                                                **AGAINST DEFENDANTS GILE R.**
15 |                                           | **DOWNES AND SCHULTE, ANDERSON,**
   | SUSAN BOND; GILE R. DOWNES;             | **DOWNES, ARONSON & BITTNER, P.C.**
16 | EDWARD S. ZUSMAN; MATTHEW
   | WHITMAN; MICHELLE JOHANSSON;
17 | JAMES RUPERT; SCHULTE,                   | **Hearing:      March 13, 2014**
   | ANDERSON, DOWNES, ARONSON &             | **Time:         1:30 p.m.**
18 | BITTNER, P.C., an Oregon Professional    | **Judge:        Hon. Lucy H. Koh**
   | Corporation; MARKUN ZUSMAN &            | **Courtroom:   8**
19 | COMPTON, LLP, a Limited Liability
   | Partnership Headquartered in California;
20 | CARTWRIGHT WHITMAN BAER PC,
   | an Oregon Professional Corporation; and
21 | DOES 1 to 20,

22 |                Defendants.

23

24

25

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

RJN
CV-12-05292 LHK

Defendants Gile R. Downes ("Downes") and Schulte, Anderson, Downes, Aronson & Bittner, P.C. ("Schulte Anderson" and collectively with Downes, the "Schulte Defendants") hereby request the Court take judicial notice of the following facts and exhibits:

1. First Amended Complaint for Damages filed on July 23, 2009 in *Rupert v. Bond, et al.*, United States District Court for the Northern District of California, Cae No. 09-02758 (*Rupert I*);

2. Order Granting Motion to Dismiss for Lack of Personal Jurisdiction entered on September 9, 2010 in *Rupert I*;

3. Excerpts from Transcript of Proceedings on Appeal *In the Matter of Irene E. Rupert Trust (Bond v. Rupert)*, Circuit Court for the State of Oregon for the County of Clackamas, November 24, 2010, containing the Circuit Court's findings of fact (also previously submitted as Exhibit 17-19 to the Declaration of William Rupert in this action, ECF No. 43);

4. Supplemental Judgment Granting Attorney Fees and attached Letter Opinion entered on April 28, 2011 in *In the Matter of Irene E. Rupert Trust (Bond v. Rupert)*, Circuit Court for the State of Oregon for the County of Clackamas, Case No. CV10030497;

5. Certification from the Court of Appeals of the State of Oregon affirming without opinion the judgments entered in *In the Matter of Irene E. Rupert Trust (Bond v. Rupert)*, Clackamas County Circuit Court Case No. CV10030497;

6. Petition for Instructions and to Compel Distribution (ORS 130.050) (without Exhibits) filed *In the Matter of Samuel J. Rupert Trust*, Circuit Court for the State of Oregon for the County of Clackamas, Case No. CV10030498 (also previously filed as Exhibit 30 to the Declaration of William Rupert in this action, ECF No. 48);

7. General Judgment Granting Petition for Instructions filed *In the Matter of Samuel J. Rupert Trust*, Circuit Court for the State of Oregon for the County of Clackamas, Case No. CV10030498;

8. Petition to Remove Trustee; Petition for Declaratory Judgment, *In the Matter of Samuel J. Rupert Trust*, Circuit Court for the State of Oregon for the County of Clackamas, Case No. CV11050251;

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

- 2 -

RJN
CV-12-05292 LHK

9.  General Judgment *In the Matter of Samuel J. Rupert Trust*, Circuit Court for the State of Oregon for the County of Clackamas, Case No. CV11050251;

10. Certification from the Court of Appeals of the State of Oregon affirming without opinion the judgments entered *In the Matter of the Samuel J. Rupert Trust*, Clackamas County Circuit Court Case Nos. CV10030498 and CV11050251;

11. First Amended Complaint filed on October 26, 2012 in the present action;

12. Declaration of Irene E. Rupert in Support of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (FRCP 12(b)(2)) filed on November 4, 2009 in *Rupert I*; and

13. Declaration of Gile R. Downes in Support of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (FRCP 12(b)(2)) filed on November 4, 2009 in *Rupert I.*

This court has authority under Rule 201 of the Federal Rules of Evidence to take judicial notice of the above-referenced pleadings and exhibits relating to Plaintiff's prior actions against the Schulte Defendants and the related Oregon actions.

Dated: October 21, 2013                     LONG & LEVIT LLP


By: */s/ Kate Kimberlin*
    JESSICA R. MACGREGOR
    KATE KIMBERLIN
    Specially Appearing for Defendants
    GILE R. DOWNES and SCHULTE,
    ANDERSON, DOWNES, ARONSON &
    BITTNER, P.C.

DOCS\S5070-526\682218.1

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

- 3 -

RJN
CV-12-05292 LHK