WILLIAM RUPERT
P.O. Box 66403
Scotts Valley, CA 95067-6403
Phone:   (831) 336-9520
Fax:       (831) 336-9528
Email:   emfwtr@comcast.net

Plaintiff
Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM RUPERT,<br><br>          Plaintiff,<br>   vs.<br><br>SUSAN BOND; GILE R. DOWNES; EDWARD S. ZUSMAN;  MATTHEW WHITMAN; MICHELLE JOHANSSON; JAMES RUPERT; SCHULTE, ANDERSON, DOWNES, ARONSON & BITTNER, P.C., an Oregon Professional Corporation; MARKUN ZUSMAN & COMPTON, LLP, a Limited Liability Partnership Headquartered in California; CARTWRIGHT WHITMAN BAER PC, an Oregon Professional Corporation; and DOES 1 to 20,<br><br>          Defendants. | **Case No.: 5:12-cv-05292 LHK (HRL)**<br>_____<br><br>**DECLARATION OF WILLIAM RUPERT IN OPPOSITION TO MOTIONS FOR RULE 11 SANCTIONS AND A PRE-FILING ORDER UNDER 28 U.S.C. § 1651(a), BY DEFENDANT SUSAN BOND AND DEFENDANT JAMES RUPERT; EXHIBITS A & B**<br><br>Date:   June 19, 2014<br>Time:   1:30 p.m.<br>Dept:   Courtroom 8<br>Judge:  Hon. Lucy H. Koh<br><br>Action Filed:   October 12, 2012 |

I, William Rupert, hereby declare as follows:

1.      I am a party, the plaintiff, in the above entitled action, and I submit this declaration in opposition to the FRCP 11 Motion for Sanctions and for a Pre-Filing Order

1
Declaration Of William Rupert In Opp. To Motions for Rule 11 Sanctions and for Pre-Filing Order, By Defendants Susan Bond And James Rupert [Case No. 5:12-cv-05292 LHK (HRL)]

against me, under the authority of the All Writs Act,, 28 U.S.C. § 1651(a), which has been sought by my siblings, Defendants Susan Bond and James Rupert.

2. Exhibit A, attached hereto is a true and correct copy of the letter I mailed to the attorney for Defendants Susan and James, on March 11, 2014, with courtesy copies provided to all other defendants in this matter. This letter informed Defendants Susan and James, and their attorney, that the entire motion had not been received by Plaintiff, by indicating that only 8 pages were received (although 2 of the pages were marked as page 2). This letter informed Defendants that Plaintiff only received pages 1-2 of the Motion itself, and pages marked as 2-7, of the attached Memorandum of Points and Authorities, for a total of 8 pages. The moving papers filed with the Court on April 2, 2014 consist of 17 pages, so 9 pages were not served upon Plaintiff on February 25, 2014, contrary to the knowingly false Proof of Service that has been filed with the Court, in bad faith, by Defendants. Moreover, the numbering error in the papers served upon me (2 pages marked as page 2), is corrected in the papers actually filed with the Court, and electronically served on me, on April 2, 2014. However, the Table of Contents and the Table of Authorities was not correspondingly corrected, and is still a page off. For instance, the Memorandum of Points and Authorities's "Conclusion" page is on page 14, but the "Conclusion" is still listed as being on page 13, in the Table of Contents, which was obviously not updated after the Defendants corrected the numbering mistake I informed them about, in my letter dated March 11, 2014.

3. Exhibit B, attached hereto is a true and correct copy of the trial court Docket for the case that became *Rupert v. U.S. Dept. of Navy,* 108 F.3d 1386 (9th Cir. 1997), which I obtained over the internet, using my PACER account, and only about 20 minutes of my time, to discover that the residence of the William Rupert in that case is listed by the trial court as

2

Declaration Of William Rupert In Opp. To Motions for Rule 11 Sanctions and for Pre-Filing Order, By Defendants Susan Bond And James Rupert [Case No. 5:12-cv-05292 LHK (HRL)]

10011 Gramercy Place, Los Angeles, CA 90047.

4.  I moved from Michigan to California in 1980, and have continuously resided in Santa Cruz County, California, since 1980.  I have never resided at 10011 Gramercy Place, Los Angeles, CA 90047, and I am not the same William Rupert who appeared before Judge Terry J. Hatter, Jr. in USDC CDCA Case No. 2:87-cv-03597 TJH, as the plaintiff in the action.  Nor was I the appellant in the case of *Rupert v. U.S. Dept. of Navy,* 108 F.3d 1386 (9th Cir. 1997), where the appellate court summarily affirmed the trial court without any published opinion, or explanation.

5.  My reasonable expenses in preparing, printing, and traveling to San Jose to file the required Chambers Copy of my opposition papers is estimated to amount to $20.00, which includes the cost of gasoline and parking fees.

6.  I have read the contemporaneously filed and served Plaintiff William Rupert's Memorandum of Points and Authorities in Opposition to Motion for Rule 11 Sanctions and for a Pre-Filing Order, by Defendant Susan Bond and Defendant James Rupert, and know the contents to be true and correct of my own personal knowledge, to which I could competently testify if called as a witness.  Each and every averment stated therein, is hereby incorporated by this reference, as though fully set forth at length herein.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated:  April 14, 2014

By:     /s/  William Rupert
       William Rupert
       Plaintiff
       Pro Se

Declaration Of William Rupert In Opp. To Motions for Rule 11 Sanctions and for Pre-Filing Order, By Defendants Susan Bond And James Rupert [Case No. 5:12-cv-05292 LHK (HRL)]

William Rupert, Plaintiff, Pro Se
P.O. Box 66403
Scotts Valley, CA 95067-6403
Phone:      (831) 336-9520
Fax:        (831) 336-9528
Email: emfwtr@comcast.net

March 11, 2014

LAW OFFICES OF DEVIN ROBINSON
Attn: Devin N. Robinson
6116 N. Lombard Street, Suite B
Portland, OR 97203
Telephone: (503) 228-7020
Facsimile: (503) 334-2303

    Re:   USDC NDCA Case No. 5:12-cv-05292 LHK (HRL)
             William Rupert v. Susan Bond, et al.

Dear Mr. Robinson:

    I am in receipt of most portions of your draft Rule 11 Motion for Sanctions. However, after sorting through the 2 inch thick pile of loose, unstapled and unbound documents[1], I noticed that I only received pages 1-7 of your draft Rule 11 Motion (although there are two pages marked as page 2, so I received 8 motion pages). Could you please be so kind as to provide me with the other, missing pages of your draft Rule 11 Motion for Sanctions.

                      Yours Truly,   *William Rupert*
                                     William Rupert
                                     Plaintiff, Pro Se

WTR/br
cc:   Kate Kimberlin, Esq.
       Jessica MacGregor, Esq.
       James Krieg, Esq.
       Kevin Eng, Esq.

---

[1] Your habit of sending me loose, unstapled and unbound documents is certainly annoying, which I assume to be your objective. It is also unprofessional, immature and juvenile, in my humble, lay opinion.

1

EXHIBIT A
page 1 of 1

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:87-cv-03597-TJH

Rupert v. US Dept Navy, et al
Assigned to: Judge Terry J. Hatter, Jr
Demand: $250,000
Cause: 42:1983 Civil Rights (Employment Discrimination)

Date Filed: 06/04/1987
Date Terminated: 02/24/1994
Jury Demand: None
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**William Rupert**　　　　　　　　represented by **William Rupert**
　　　　　　　　　　　　　　　　　　　　　　　In Pro Per
　　　　　　　　　　　　　　　　　　　　　　　10011 Gramercy Place
　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90047
　　　　　　　　　　　　　　　　　　　　　　　PRO SE

V.

**Defendant**

**US Dept Navy**

**Defendant**

**US Naval Hospital**
*Long Beach*

**Defendant**

**Mary T Hall**

**Defendant**

**Commanding Officer**

**Defendant**

**Nancy Lee Allen**
*Chief/Staffing CCPO*

**Defendant**

**Michael Emerson**
*CCPO*

EXHIBIT B
page 1 of 2

| Date Filed | # | Docket Text |
|---|---|---|
| 05/12/1997 | | LODGED CC 9th CCA Appellate Crt Ord: Jgm of said Dist Crt in th cause be & hereby is affirmed (FWD TO CRD) (pjap) (Entered: 05/30/1997) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/03/2014 15:27:21 | | | |
| PACER Login: | ve0687 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:87-cv-03597-TJH Start date: 4/3/1985 End date: 4/3/2014 |
| Billable Pages: | 1 | Cost: | 0.10 |

EXHIBIT B
page 2 of 2