WILLIAM RUPERT
P.O. Box 66403
Scotts Valley, CA 95067-6403
Phone:   (831) 336-9520
Fax:      (831) 336-9528
Email:   emfwtr@comcast.net

Plaintiff
Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM RUPERT,<br><br>               Plaintiff,<br><br>    vs.<br><br>SUSAN BOND; GILE R. DOWNES;<br>EDWARD S. ZUSMAN;  MATTHEW<br>WHITMAN; MICHELLE JOHANSSON;<br>JAMES RUPERT; SCHULTE, ANDERSON,<br>DOWNES, ARONSON & BITTNER, P.C.,<br>an Oregon Professional Corporation;<br>MARKUN ZUSMAN & COMPTON, LLP,<br>a Limited Liability Partnership Headquartered<br>in California; CARTWRIGHT WHITMAN<br>BAER PC, an Oregon Professional<br>Corporation; and DOES 1 to 20,<br><br>               Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Case No.: 5:12-cv-05292 LHK (HRL)**<br>_____<br><br>**PLAINTIFF WILLIAM RUPERT'S<br>OPPOSITION TO REQUEST FOR<br>JUDICIAL NOTICE BY DEFENDANT<br>SUSAN BOND AND DEFENDANT<br>JAMES RUPERT, IN SUPPORT OF<br>MOTION FOR SANCTIONS AND<br>PRE-FILING ORDER**<br><br><br>Date:    June 19, 2014<br>Time:   1:30 p.m.<br>Dept:   Courtroom 8<br>Judge:   Hon. Lucy H. Koh<br><br>Action Filed:   October 12, 2012 |

## I.      STATEMENT OF FACTS

The Motions for Sanctions and a Pre-Filing Order that have been filed by Defendants

Susan Bond and James Rupert states upon it face that sanctions are sought solely:

"on the grounds that the first amended complaint filed by plaintiff William Rupert against Susan Bond and James Rupert is both frivolous and filed for an improper purpose."
(ECF 145; p. 2:3-5)

The Court's Docket for this case shows that Plaintiff William Rupert timely filed his Corrected Second Amended Complaint ("SAC"), on October 7, 2013 (ECF 106), after the Court granted leave to do so in its Order dated September 17, 2013.

## II.     THE LAW

It is well settled that a timely-filed amended pleading supersedes the original pleading, and that motions directed at superseded pleadings must be dismissed as moot. (See *Young v. City of Mount Ranier,* 238 F.3d 567, 573 (4th Cir. 2001) ("The general rule . . . is that an amended pleading supersedes the original pleading, rendering the original pleading of no effect." *Id.* at 573).

## III.    ARGUMENT

Because the Defendants motion is directed at a superseded pleading, it must be dismissed as moot. Therefore, there is no good reason for taking judicial notice, in support of a moot motion that wasn't properly served, and which lacks the necessary characteristics for a proper Rule 11 Motion for Sanctions (the ability to withdraw or correct a document or claim).

## IV.     CONCLUSION

The Defendants' Request for Judicial Notice should be denied, and/or dismissed as moot, it is respectfully submitted.

Dated: April 14, 2014

By:     _/s/ William Rupert_____
William Rupert
Plaintiff
Pro Se

Plaintiff William Rupert's Opp. To Request for Judicial Notice, By Defendants Susan Bond And James Rupert [Case No. 5:12-cv-05292 LHK (HRL)]