UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM TRICK RUPERT,<br><br>          Plaintiff,<br><br>     v.<br><br>SUSAN BOND, et al.,<br><br>          Defendants. | Case No.  12-cv-05292-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 05/13/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

United States District Court
Northern District of California

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT Motion to Dismiss Hearing set for 07/31/2014 at 9:00 am.

IT IS FURTHER ORDERED THAT Counsel Devin Robinson and Kate Kimberlin may appear at Motion to Dismiss Hearing set for 07/31/2014 at 9:00 am, by Courtcall without further approval of the court.

Dated:  May 14, 2014

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California