1

2

3                   UNITED STATES DISTRICT COURT

4                 NORTHERN DISTRICT OF CALIFORNIA

5                        SAN JOSE DIVISION

6

7   WILLIAM TRICK RUPERT,                    Case No.  12-cv-05292-BLF

        Plaintiff,

8
        v.                                   **ORDER RE: JULY 31, 2014 HEARING**
9
                                             [Re: ECF No. 130]
    SUSAN BOND, et al.,
10
        Defendants.
11

12

13          The Court has scheduled oral argument on Defendants' Motions to Dismiss for July 31,

14   2014. Also pending before the Court is a Motion for Sanctions, (ECF 130), filed by Defendants

15   Gile R. Downes and Schulte Anderson Downes Aronson & Bittner, P.C. This Motion for

16   Sanctions was previously noticed for hearing before Judge Lucy Koh, but has not been re-noticed

17   for oral argument before this Court.

18          As the Motion for Sanctions is fully briefed and ripe for adjudication, the Court will permit

19   the parties, if they so choose, to be heard on the Motion for Sanctions at the July 31, 2014 hearing.

20          **IT IS SO ORDERED.**

21   Dated: July 28, 2014

22                                           _____
                                             BETH LABSON FREEMAN
23                                           United States District Judge

24

25

26

27

28

United States District Court
Northern District of California